UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA E SWEENEY,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C23-1014 RSM

**ORDER AMENDING THE
SCHEDULING ORDER**

The Court GRANTS Plaintiff's unopposed motion to amend the scheduling order and hereby ORDERS that the Scheduling Order be amended as follows:

- Plaintiff shall have up to and including October 26, 2023 to file an Opening Brief,

- Defendant shall have up to and including November 27, 2023, or within 30 days of the date the Opening is filed, whichever is earlier, to file a response to Plaintiff's Opening Brief,

- and Plaintiff shall have up to and including December 11, 2023, or within 14 days of the date the response is filed, whichever is earlier, to file an optional Reply Brief.

DATED this 10th day of October, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING the SCHEDULING
ORDER - 1