UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA E SWEENEY,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-1014 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Plaintiff's Motion for an Extension of Time, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows: Plaintiff shall have up to and including January 18, 2024, to file a reply brief.

DATED this 10th day of January, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING
ORDER - 1